**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO: 9:25-cv-80008-DSL**

DEMETRIOS PANTELEAKIS,

    Plaintiff,

v.

WAYPOINT RESIDENTIAL, LLC,
a Delaware limited liability company,
and OLYMPUS CONSTRUCTION GROUP,
LLC, a Delaware limited liability company,

    Defendants.
_____/

**PLAINTIFF'S MOTION TO CONVERT
AUGUST 7, 2025 HEARING TO ZOOM FORMAT**

Plaintiff DEMETRIOS PANTELEAKIS files his *Motion to Convert August 7, 2025 Hearing to Zoom Format*, and in support thereof states as follows:

1. This Court entered a Paperless Order Setting Hearing [DE-55] on Plaintiff's and Defendants' Motions recently filed in this matter (i.e., Plaintiff's DE-52 and DE-53, and Defendants' DE-54).

2. Unfortunately, both undersigned counsels for Plaintiff have conflicts precluding them each from attending an in-person hearing.

3. Specifically, Erika Deutsch Rotbart will be in New York for a previously scheduled longstanding scheduled meeting with an attorney in the city, with a separate visit with family in the same trip. The flights were purchased prior to the Court's scheduling this hearing, and her flights are scheduled for early morning of August 6th with a return flight on August 9th.

DEUTSCH ROTBART & ASSOCIATES, P.A.

4. Similarly, Lisa Lambert who resides in Georgia is not available as she has two out of town guests who will be staying with her at her residence the week of August 4th. This visit has been planned for a couple of months and the guests have already purchased their plane tickets to Atlanta. In addition, that same week, Ms. Lambert has an appellate brief due to the First DCA and a reply brief due to the Eleventh Circuit.

5. Plaintiff's counsel and co-counsel are able to attend this hearing remotely via Zoom.

6. The Court should further note the following week, Mrs. Rotbart is presiding as the Arbitrator Chair on a three-panel FINRA arbitration which is going forward as scheduled August 11th through August 15th, 2025, *In the Matter of James Conway for his IRA vs. IBN Financial Services, Inc. et al.* Case No.: 24-01241.

7. Neither of Plaintiffs' undersigned counsel has any intentions of delaying this hearing and would very much prefer it go forward are seeking this accommodation in good faith given the above circumstances. The Plaintiff's counsel want to proceed with this hearing given all the outstanding issues raised in the current Motions in an effort to remain in sync with all pretrial deadlines.

WHEREFORE, Plaintiff's counsel requests the August 7, 2025 hearing be converted from an in-person format to Zoom.

## CERTIFICATE OF CONFERRAL

Plaintiff's counsel certifies she attempted to confer with counsel for the Defendants via email and phone call today, but did not receive a responsive email or phone call back from Defendants' counsel by the time she filed this Motion.

Respectfully submitted,

            DEUTSCH ROTBART & ASSOCIATES, P.A.
            4755 Technology Way, Suite 106
            Boca Raton, Florida 33431
            Telephone: 561.361.8010
            Email: edrotbart@dralawfirm.com

           BY: */s/ Erika Deutsch Rotbart*
              Erika Deutsch Rotbart
              Florida Bar No.: 0047686

           Law Office of Lisa C. Lambert
           245 N. Highland Avenue
           Suite 230-139
           Atlanta, GA 30307
           (404) 556-8759
           Email: lisa@civil-rights.attorney

           Lisa C. Lambert
           Florida Bar No.: 495298
           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 1, 2025**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served automatically through the CM/ECF system this day on all counsel of record identified on the service list.

            */s/ Erika Deutsch Rotbart*
            Erika Deutsch Rotbart

## SERVICE LIST

DEUTSCH ROTBART & ASSOCIATES, P.A.
4755 Technology Way, Suite 106
Boca Raton, Florida 33431
Telephone: 561.361.8010
Email: edrotbart@dralawfirm.com

BY: */s/ Erika Deutsch Rotbart*
    Erika Deutsch Rotbart
    Florida Bar No.: 0047686

Lisa C. Lambert
Florida Bar No. 495298
Law Office of Lisa C. Lambert

245 N. Highland Avenue
Suite 230-139
Atlanta, GA 30307
(404) 556-8759
lisa@civil-rights.attorney

*Attorneys for Plaintiffs*

GREENBERG TRAURIG, P.A.
777 S. Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Tel: 561.650.7985
Email: gerbert@gtlaw.com
         pantaleob@gtlaw.com

*Attorneys for Defendants*

DEUTSCH ROTBART & ASSOCIATES, P.A.